**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: Andrena Price** | ) | 20 B 06531 |
| | ) | |
| Debtor(s) | ) | **Judge A. Benjamin Goldgar** |
| | ) | |

*Notice of Motion & Certificate of Service*

Andrena Price
17081 Head Ave.
Hazel Crest, IL 60429
*Via US Mail*

The Semrad Law Firm, LLC
Thomas E. Nield
*Via ECF noticing procedures*

On **August 30, 2022, at 9:15 a.m.** I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the Trustee's Motion to Modify plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is. 584922

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Certificate of Service

      I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons and to all creditors listed in the attached creditor mailing list by first class US mail, postage prepaid, or as otherwise indicated above on August 8, 2022 at 5:00 p.m.

      Marilyn O Marshall, Trustee
/s/ O. Anthony Olivadoti
By: O. Anthony Olivadoti

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300

AES/BARCLAYS BANK PLC
PO BOX 61047
HARRISBURG, PA 17106-1047

(p)CHICAGO DEPARTMENT OF
LAW ATTN BANKRUPTCY UNIT
121 N LASALLE ST SUITE
400 CHICAGO IL 60602-1264

DEPT OF ED/SALLIE MAE
11100 USA PKWY FISHERS,
IN 46037-9203

HARRIS & HARRIS LTD
222 Merchandise Mart
Plaza, Suite 1900
Chicago, IL 60654-1421

(p)JEFFERSON CAPITAL
SYSTEMS LLC PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

ECMC
PO BOX 16408
St Paul, MN 55116-0408

(p)I C SYSTEM INC LEGAL
DEPARTMENT
PO BOX 64444
SAINT PAUL MN 55164-0444

LVNV Funding, LLC
Resurgent Capital
Services PO Box 10587
Greenville, SC 29603-0587

Nicor Gas
1844 W. Ferry Road
Naperville, IL 60563-9600

REP/BUILD
P.O. Box 9203
Old Bethpage, NY 11804-9003

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS, NV 89193-8875

Commonwealth Edison
Company Bankruptcy
Department
1919 Swift Drive
Oak Brook, IL 60523-1502

FIRST PREMIER BANK
c/o Jefferson Capital
Systems LLC PO Box c/o
Linda Dold
Saint Cloud, MN 56302

(p)ILLINOIS DEPARTMENT OF
REVENUE BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

MERCHANTS & MEDCAL 6324
TAYLOR DR FLINT, MI
48507-4685

Pinnacle Service
Solutions LLC 4408
Milestrip Rd #247
Blasdell, NY 14219-2553

Speedy Cash (Corporate
Office) 3527 N Ridge Rd
Wichita, KS 67205-1212

US DEPT OF ED/GLELSI 2401
Internal Lane Attn:
Chhengre Lim Madison, WI
53704-3121

nicor gas
po box 549 aurora,il
60507-0549

NAVIENT SOLUTIONS INC
1002 ARTHUR DR
LYNN HAVEN, FL 32444-1683

Tea Olive, LLC PO BOX
1931 Burlingame, CA

94011-1931

XLS/SLX
1 CIT DR LIVINGSTON,

53708-8937

NJ 07039-5703

WORLD FINANCE CORPORAT
2640B METROPOLITAN PKWY
ATLANTA, GA 30315-7921

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Andrena Price | ) | 20 B 06531 |
| | ) | |
| Debtor(s) | ) | **Judge A. Benjamin Goldgar** |

*Motion to Modify Plan*

NOW COMES Marilyn O. Marshall, Standing Trustee, and requests that the Debtor' confirmed Chapter 13 Plan be modified pursuant to 11 USC Section 1329, and in support thereof states as follows:

1. The Debtor filed for relief pursuant to Chapter 13 on March 7, 2020.

2. On May 19, 2020, the Debtor's Plan was confirmed. The Order confirming the Debtor's Chapter 13 Plan requires that the Debtor make plan payments in the amount of $175.00 for 36 months, and providing that the unsecured creditors receive not less than 10% of their allowed claims.

3. The Debtor confirmed plan requires the Debtor to tender copies of their tax returns to the Trustee on an annual basis.

4. According to the Debtor's 2021 tax returns, Debtor's annual gross income has increased from $40,723.80, when the case was filed to $56,290.00. This equates to an increase in Debtor's monthly net income from the $3,967.06 listed on Debtor's Amended Schedule I to approximately $4,939.94.

5. Presumably, the Debtor therefore has an additional $972.88 in monthly disposable income that should be committed to the Debtor's plan payments.

6. The Debtor has to date not asked this court to increase Debtor's plan payments for the benefit of creditors while Debtor's income has increased in the past year.

7. The Debtor's post-petition wages are property of the bankruptcy estate pursuant to 11 U.S.C. §1306.

8. The Trustee has not received the final payments on this case and at filing there remains a balance due of approximately $1,331.81.

WHEREFORE, the Trustee prays that the debtors' plan be amended to increase the Debtor's plan payments from $175.00 to $1,100.00 per month, general unsecured creditors shall receive no less than 100% of their claims, the plan term is extended to 60 months from filing, and for any further relief this court deems appropriate.

Respectfully submitted,

/s/ O. Anthony Olivadoti
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan Ave., Suite 800
Chicago, Illinois 60604
(312) 431-1300