### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: Andrena Price ) | 20 B 06531 |
| ) | |
| ) | Judge A. Benjamin Goldgar |
| Debtor(s) ) | |

### Chapter 13 Trustee's Exhibit List

1. Debtor's 2020 Tax Return
2. Debtor's 2021 Tax Return
3. Debtor's Lease
4. Debtor's Pay Advices

### Chapter 13 Trustee's Witness List

1. Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S. Michigan Ave.
Suite 800
Chicago, IL 60604

(312) 431-6533