

An Exelon Company

Page 1 of 3    Issued **7/29/22**    Account # **9713557164**

**SERVICE FROM 7/26/22 THROUGH 7/29/22** (3 DAYS)
Residential - Multiple

Jasmine Triplett
11118 S Homewood Ave # 3d
Chicago, IL 60643
773.263.7579

| | |
|---|---|
| Past Balance Due Immediately | $67.58 |
| New Charges Due by **8/22/22** | $114.94 |
| **Total Amount Due** | **$182.52** |

Late payment charges will continue until bill is paid.

**TOTAL USAGE** (kWh)



Current month's reading is **actual**.
*Non-regular Billing Period

**AVERAGE DAILY USE** (monthly usage/days in period)



Current Month    74° avg. temp
**20.3** kWh  ↓  **25%** from last year

Last Month   75° avg. temp
**22.7** kWh

Last Year   76° avg. temp
**27.0** kWh

💡 Ten 100W light bulbs for 1 hour = 1 kWh

**CURRENT CHARGES SUMMARY**
See reverse side for details ➡

 **SUPPLY**
$6.94

Current Charges
**$8.96**



**DELIVERY**
$3.10

ComEd provides your energy.

ComEd.com
1.800.334.7661

ComEd delivers electricity to your home.

ComEd.com
1.800.334.7661

**TAXES & FEES** -$1.08

For Electric Supply Choices visit pluginillinois.org

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.



**Pay your bill online, by phone or by mail.**
See reverse side for more info ➡

Account # **9713557164**

0119449 01 AV 0.455 **AUTO T4 1 1149 60643-428343 -C05-00-P19468-I1



JASMINE TRIPLETT
UNIT 3D
11118 S HOMEWOOD AVE
CHICAGO, IL 60643-4283

| | |
|---|---|
| Past Balance Due Immediately | $67.58 |
| New Charges Due by **8/22/22** | $114.94 |
| **Total Amount Due** | **$182.52** |

Payment Amount:

COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

9713557164000018252223401825 27

9713557164

**For Questions, Support, and Outages visit ComEd.com**

| | |
|---|---|
| English | 1.800.EDISON1 (1.800.334.7661) |
| Español | 1.800.95.LUCES (1.800.955.8237) |
| Hearing/Speech Impaired | 1.800.572.5789 (TTY) |
| Federal Video Relay Services (VRS) | Fedvrs.us/session/new |

| | |
|---|---|
| Past Balance Due Immediately | $67.58 |
| New Charges Due by **8/22/22** | $114.94 |
| **Total Amount Due** | **$182.52** |

## METER INFORMATION

| Read Dates | Meter Number | Load Type | Reading Type | Previous | | Present | | Difference | Multiplier | Usage |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/26-7/29 | 270671018 | General Service | Total kWh | 31840 | Actual | 31901 | Actual | 61 | x 1 | 61 |

## CHARGE DETAILS

Residential - Multiple 7/26/22 - 7/29/22 (3 Days)

### SUPPLY — $6.94

| | | |
|---|---|---|
| Electricity Supply Charge | 61 kWh X 0.09697 | $5.92 |
| Transmission Services Charge | 61 kWh X 0.01344 | $0.82 |
| Purchased Electricity Adjustment | | $0.20 |

### DELIVERY - ComEd — $3.10

| | | |
|---|---|---|
| Customer Charge | | $0.78 |
| Standard Metering Charge | | $0.34 |
| Distribution Facilities Charge | 61 kWh X 0.03116 | $1.90 |
| IL Electricity Distribution Charge | 61 kWh X 0.00125 | $0.08 |

### TAXES & FEES — -$1.08

| | | |
|---|---|---|
| Environmental Cost Recovery Adj | 61 kWh X 0.00046 | $0.03 |
| Renewable Portfolio Standard | 61 kWh X 0.00502 | $0.31 |
| Zero Emission Standard | 61 kWh X 0.00195 | $0.12 |
| Carbon-Free Energy Resource Adj | 61 kWh X -0.04306 | -$2.63 |
| Energy Efficiency Programs | 61 kWh X 0.00233 | $0.14 |
| Energy Transition Assistance | 61 kWh X 0.00082 | $0.05 |
| Franchise Cost | | $0.32 |
| State Tax | | $0.20 |
| Municipal Tax | | $0.38 |

**Service Period Total** $8.96

### MISCELLANEOUS — $173.56

| | |
|---|---|
| Deposit | -$65.00 |
| Charges from previous bill | $185.04 |
| Deferred payment agreement | $35.01 |
| Deferred Payment Agreement Reinstatement Fee | $14.67 |
| Previous late payment charge (s) - electric | $1.77 |
| Current late payment charge (s) - electric | $2.07 |

**Total Amount Due** $182.52

## UPDATES

**ComEd**

- PRICE TO COMPARE: The ComEd electric supply price to compare is 11.041 cents per kWh. This price does not include a monthly purchased electricity adjustment factor that may range between +$0.005 and -$0.005 per kWh. For more information and supplier offers visit https://www.pluginillinois.org/fixedrate.aspx. For more information on ComEd bill line items go to ComEd.com/UnderstandBill.
- THE SUPPORT TO STOP A SCAM: The ability to send money through mobile-pay apps like QuickPay, Zelle and Venmo makes it easier to fall for scam attempts. These apps have higher limits and are often linked to your personal bank account or credit card. Scammers claim they didn't see the transaction and ask it to be sent again - scamming you twice. Take steps to protect yourself from energy fraud. We can help with tips and hints to recognize potential scams and legitimate ComEd employees. Learn more: ComEd.Com/ScamAlert

(continued on next page)

## A VARIETY OF METHODS TO PAY YOUR BILL

Visit ComEd.com/PAY for more information including applicable fees for some transactions.

 **Online**
Set up an automatic payment, enroll in paperless billing, or make a convenience payment at ComEd.com/Pay.

 **Mobile App**
Download the ComEd mobile app on your Apple® or Android™ device to view and pay your bill, or manage your account.

 **Phone**
Call us to make a convenience payment with a credit card, ATM card, or your bank account: 1.800.588.9477.

 **In-Person**
Pay your bill in-person at many ComEd authorized agents located throughout the region. Visit ComEd.com/Pay for details.

When you provide a check as payment, you authorize us to use information from your check either to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.


**ComEd**
An Exelon Company

Page 1 of 3    Issued **9/23/22**   Account # **9713557173**

| Past Balance Due Immediately | $126.33 |
| --- | --- |
| New Charges Due by **10/17/22** | $138.10 |
| **Total Amount Due** | **$264.43** |

**SERVICE FROM 8/24/22 THROUGH 9/23/22** (30 DAYS)
Residential - Multiple

Jasmine C Harris
11118 S Homewood Ave # 3d
Chicago, IL 60643
773.808.3067

Thank you for your payments totaling **$65.00**.

## TOTAL USAGE (kWh)



2021    2022
617   592
SEP OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP
Current month's reading is actual.

## AVERAGE DAILY USE (monthly usage/days in period)



Current Month    72° avg. temp
**19.7** kWh

Last Month   74° avg. temp
**23.7** kWh

Last Year
**Not Available**

💡 Ten 100W light bulbs for 1 hour = 1 kWh

## CURRENT CHARGES SUMMARY
See reverse side for details ➡

**SUPPLY** $68.37
ComEd provides your energy.
ComEd.com
1.800.334.7661

**Current Charges** $88.10

**DELIVERY** $30.18
ComEd delivers electricity to your home.
ComEd.com
1.800.334.7661

**TAXES & FEES** -$10.45

For Electric Supply Choices visit pluginillinois.org

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.


**ComEd**
An Exelon Company

**Pay your bill online, by phone or by mail.**
See reverse side for more info ➡

0116145 01 AV 0.455 **AUTO T1 0 1189 60643-428343 -C04-00-P16161-I123 56

Account # **9713557173**

JASMINE C HARRIS
UNIT 3D
11118 S HOMEWOOD AVE
CHICAGO, IL 60643-4283

| Past Balance Due Immediately | $126.33 |
| --- | --- |
| New Charges Due by **10/17/22** | $138.10 |
| **Total Amount Due** | **$264.43** |

Payment Amount:


COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111



9713557173000026443229000264438

**For Questions, Support, and Outages visit ComEd.com**

| | |
|---|---|
| English | 1.800.EDISON1 (1.800.334.7661) |
| Español | 1.800.95.LUCES (1.800.955.8237) |
| Hearing/Speech Impaired | 1.800.572.5789 (TTY) |
| Federal Video Relay Services (VRS) | Fedvrs.us/session/new |

| | |
|---|---|
| Past Balance Due Immediately | $126.33 |
| New Charges Due by **10/17/22** | $138.10 |
| **Total Amount Due** | **$264.43** |

## METER INFORMATION

| Read Dates | Meter Number | Load Type | Reading Type | Previous | Present | Difference | Multiplier | Usage |
|---|---|---|---|---|---|---|---|---|
| 8/24-9/23 | 270671018 | General Service | Total kWh | 32518 Actual | 33110 Actual | 592 | x 1 | 592 |

## CHARGE DETAILS

Residential - Multiple 8/24/22 - 9/23/22 (30 Days)

### SUPPLY — $68.37

| | | |
|---|---|---|
| Electricity Supply Charge | 592 kWh X 0.09704 | $57.45 |
| Transmission Services Charge | 592 kWh X 0.01345 | $7.96 |
| Purchased Electricity Adjustment | | $2.96 |

### DELIVERY - ComEd — $30.18

| | | |
|---|---|---|
| Customer Charge | | $7.66 |
| Standard Metering Charge | | $3.35 |
| Distribution Facilities Charge | 592 kWh X 0.03115 | $18.44 |
| IL Electricity Distribution Charge | 592 kWh X 0.00124 | $0.73 |

### TAXES & FEES — -$10.45

| | | |
|---|---|---|
| Environmental Cost Recovery Adj | 592 kWh X 0.00041 | $0.24 |
| Renewable Portfolio Standard | 592 kWh X 0.00502 | $2.97 |
| Zero Emission Standard | 592 kWh X 0.00195 | $1.15 |
| Carbon-Free Energy Resource Adj | 592 kWh X -0.04306 | -$25.49 |
| Energy Efficiency Programs | 592 kWh X 0.00233 | $1.38 |
| Energy Transition Assistance | 592 kWh X 0.00082 | $0.49 |
| Franchise Cost | | $3.14 |
| State Tax | | $1.95 |
| Municipal Tax | | $3.72 |

**Service Period Total** — **$88.10**

## MISCELLANEOUS — $176.33

| | |
|---|---|
| Charges from previous bill | $76.33 |
| Deposit | $50.00 |
| Deposit | $50.00 |

Thank you for your payment of $65.00 on September 6, 2022

**Total Amount Due** — **$264.43**

## DEPOSIT

| | |
|---|---|
| Deposit on Hand | $50.00 |
| Deposit Interest Accrued | $0.00 |
| Deposit Outstanding | $100.00 |

## UPDATES

**ComEd**

- PRICE TO COMPARE: The ComEd electric supply price to compare is 11.049 cents per kWh. This price does not include a monthly purchased electricity adjustment factor that may range between +$0.005 and -$0.005 per kWh. For more information and supplier offers visit https://www.pluginillinois.org/fixedrate.aspx. For more information on ComEd bill line items go to ComEd.com/UnderstandBill.
- STOP ENERGY SCAMS: Scammers may threaten to disconnect service in exchange for immediate payment or personal information. We will never demand payment using mobile-pay apps like QuickPay, Venmo and Zelle, prepaid cash cards, or cryptocurrency such as Bitcoin. Learn more: ComEd.com/ScamAlert.

(continued on next page)

## A VARIETY OF METHODS TO PAY YOUR BILL

Visit ComEd.com/PAY for more information including applicable fees for some transactions.

 **Online**
Set up an automatic payment, enroll in paperless billing, or make a convenience payment at ComEd.com/Pay.

 **Mobile App**
Download the ComEd mobile app on your Apple® or Android™ device to view and pay your bill, or manage your account.

 **Phone**
Call us to make a convenience payment with a credit card, ATM card, or your bank account: 1.800.588.9477.

 **In-Person**
Pay your bill in-person at many ComEd authorized agents located throughout the region. Visit ComEd.com/Pay for details.

When you provide a check as payment, you authorize us to use information from your check either to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / J4O 21983549 | 01/1 | 9920731 | 1 of 1 |

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

# Earnings Statement 

Period Starting: 07/31/2022
Period Ending: 08/13/2022
Pay Date: 08/19/2022

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 3
 Local: 0
Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:
Social Security Number: XXX-XX-XXXX

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 80.00 | 1520.00 | 23649.11 |
| Overtime | 28.5000 | 30.55 | 870.68 | 8761.04 |
| Holiday | | | 0.00 | 991.94 |
| Vacation | | | 0.00 | 456.00 |
| Bonus | | | 0.00 | 100.00 |
| Misc pay | | | 0.00 | 525.00 |
| Training | | | 0.00 | 912.00 |
| **Gross Pay** | | | **$2,390.68** | **$35,395.09** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.18 | 823.91 |
| Social Security | -148.23 | 2194.50 |
| Medicare | -34.67 | 513.23 |
| Illinois State Income | -98.31 | 1420.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -47.81 | 626.39 |
| Bankruptcy | -87.50 | 1487.50 |
| Child support 1 | -283.38 | 5608.38 |

| Net Pay | $1,606.60 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 23.90 | 353.86 |
| Vacation | | |
| - Carry Over | | 18.10 |
| - Accrued Hours | 2.12 | 49.09 |
| - Taken Hours | 0.00 | 24.00 |
| - Balance | | 25.09 |
| Total Hours Worked | 110.55 | 1662.36 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4584 | XXXXXXXXX | 1606.60 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $2,342.87
* Excluded from Federal taxable wages

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

Pay Date: 08/19/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4584 | XXXXXXXXX | 1606.60 |

THIS IS NOT A CHECK

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / J4O 21983549 | 01/1 | 9951677 | 1 of 1 |

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

# Earnings Statement

ADP

Period Starting: 08/14/2022
Period Ending: 08/27/2022
Pay Date: 09/02/2022

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
 Federal:  Std W/H Table
 State:    3
 Local:    0
Tax Override:
 Federal:  0.00 Addnl
 State:
 Local:
Social Security Number: XXX-XX-XXXX

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 78.18 | 1485.42 | 25134.53 |
| Overtime | 28.5000 | 11.72 | 334.02 | 9095.06 |
| Holiday | | | 0.00 | 991.94 |
| Vacation | | | 0.00 | 456.00 |
| Bonus | | | 0.00 | 100.00 |
| Misc pay | | 0.00 | 100.00 | 625.00 |
| Training | | | 0.00 | 912.00 |
| **Gross Pay** | | | **$1,919.44** | **$37,314.53** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -28.77 | 852.68 |
| Social Security | -119.00 | 2313.50 |
| Medicare | -27.83 | 541.06 |
| Illinois State Income | -75.45 | 1496.32 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -38.38 | 664.77 |
| Bankruptcy | -87.50 | 1575.00 |
| Child support 1 | -283.38 | 5891.76 |
| **Net Pay** | | **$1,259.13** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 19.19 | 373.05 |
| Vacation | | |
| - Carry Over | | 18.10 |
| - Accrued Hours | 1.73 | 50.82 |
| - Taken Hours | 0.00 | 24.00 |
| - Balance | | 26.82 |
| Total Hours Worked | 89.90 | 1752.26 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4584 | XXXXXXXXX | 1259.13 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,881.06
* Excluded from Federal taxable wages

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

Pay Date:    09/02/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4584 | XXXXXXXXX | 1259.13 |

THIS IS NOT A CHECK

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / J4O 21983549 | 01/1 | 9993665 | 1 of 1 |

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

# Earnings Statement

ADP

Period Starting: 08/28/2022
Period Ending: 09/10/2022
Pay Date: 09/16/2022

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 3
 Local: 0
Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:
Social Security Number: XXX-XX-XXXX

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 80.00 | 1520.00 | 26654.53 |
| Overtime | 28.5000 | 53.82 | 1533.87 | 10628.93 |
| Holiday | | | 0.00 | 991.94 |
| Vacation | | | 0.00 | 456.00 |
| Bonus | | | 0.00 | 100.00 |
| Misc pay | | | 0.00 | 625.00 |
| Training | | | 0.00 | 912.00 |
| Gross Pay | | | $3,053.87 | $40,368.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -171.84 | 1024.52 |
| Social Security | -189.34 | 2502.84 |
| Medicare | -44.28 | 585.34 |
| Illinois State Income | -130.49 | 1626.81 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -61.07 | 725.84 |
| Bankruptcy | -87.50 | 1662.50 |
| Child support 1 | -283.38 | 6175.14 |

| Net Pay | | $2,085.97 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 30.53 | 403.58 |
| Vacation | | |
| - Carry Over | | 18.10 |
| - Accrued Hours | 2.57 | 53.39 |
| - Taken Hours | 0.00 | 24.00 |
| - Balance | | 29.39 |
| Total Hours Worked | 133.82 | 1886.08 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4584 | XXXXXXXXX | 2085.97 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $2,992.80
* Excluded from Federal taxable wages

---

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

Pay Date:       09/16/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4584 | XXXXXXXXX | 2085.97 |

THIS IS NOT A CHECK

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R4 / J4O 21983549 | 01/1 | 100352851 | of 1 |

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

# Earnings Statement



Period Starting: 09/11/2022
Period Ending: 09/24/2022
Pay Date: 09/30/2022

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 3
  Local: 0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 80.00 | 1520.00 | 28174.53 |
| Overtime | 28.5000 | 23.23 | 662.06 | 11290.99 |
| Holiday | | | 0.00 | 991.94 |
| Vacation | | | 0.00 | 456.00 |
| Bonus | | 0.00 | 250.00 | 350.00 |
| Misc pay | | | 0.00 | 625.00 |
| Training | | | 0.00 | 912.00 |
| Gross Pay | | | $2,432.06 | $42,800.46 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -89.05 | 1113.57 |
| Social Security | -150.79 | 2653.63 |
| Medicare | -35.27 | 620.61 |
| Illinois State Income | -100.32 | 1727.13 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -48.64 | 774.48 |
| Bankruptcy | -87.50 | 1750.00 |
| Child support 1 | -283.38 | 6458.52 |
| Net Pay | $1,637.11 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 24.32 | 427.90 |
| Vacation | | |
| - Carry Over | | 18.10 |
| - Accrued Hours | 1.98 | 55.37 |
| - Taken Hours | 0.00 | 24.00 |
| - Balance | | 31.37 |
| Total Hours Worked | 103.23 | 1989.31 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4584 | XXXXXXXXX | 1637.11 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $2,383.42
* Excluded from Federal taxable wages

Redempta Services
22538 Latonia Ct
Richton Park, IL 60471

Pay Date:   09/30/2022

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4684 | XXXXXXXXX | 1637.11 |

THIS IS NOT A CHECK

Andrena Price
11118 S Homewood Ave
Chicago, IL 60643

▼ **Payment information**

[Schedule an automatic payment](#)

ⓘ **Northrop Grumman students, please do not make your payment on this Web site. Please call Student Accounts at 224-293-5727.**

*Required Field

**\*Payment type**
[Debit Card ▼]   If you make a payment with a debit card, the payment amount will be immediately deducted from your checking account. This deduction cannot be reversed or voided once the payment is deducted from your account.

**\*Card type**
[Visa debit/credit ▼]

**\*Card number**
[          ]   Format as 12345678901 No dashes or spaces

**\*Expiration date**
[▼] / [▼]

**\*CVV number**
[          ]   For American Express, 4 numbers printed on the front of the card, usually on the right side. For Discover, MasterCard, and Visa the last 3 numbers printed on the back of the card in the signature area.

Enter the following billing information exactly as it appears on the payor's current bank statement.

**\*First name**
[Andrena]

**\*Last name**
[Price]

**\*Street**
[11118 S Homewood ave]

**\*City**
[Chicago]

**\*State**
[Illinois ▼]

**\*Country**
[USA ▼]

**\*ZIP code:**
[60643]

**\*E-mail address:**
[andrenaprice1203@gmail.com]

**Payments**

───────────────────────

**I want to select a specific payment(s)**

Select at least one payment. Click on Submit.

○ **I want to pay an amount that you will apply in date order; past, current, then future due.**

○ **I want to pay an amount that is not in a payment plan. For example, pay a charge in Account activity to replace a lost school debit card.**

| ☐ Select all | Date due | Program | Description | Status | Automatic payment | Balance | Amount due | Pay |
|---|---|---|---|---|---|---|---|---|
| ☑ | 06/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.14 | $ |
| ☑ | 07/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.14 | $ |
| ☑ | 08/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.14 | $ |
| ☑ | 09/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.14 | $ |
| ☑ | 10/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.14 | $ |
| ☑ | 11/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.14 | $ |
| ☑ | 12/15/2022 | AABA18 | Self-payment - regular in school | Approved | | $1,422.00 | $203.16 | $ |

Self-payment - regular in school (PMTSLF ) total due          $1,422.00

| | |
|---|---:|
| **Grand total due:** | $1,422.00 |
| **Amount selected to pay** | $1,422.00 |
| **Amount still due** | $0.00 |

( View payment plan details )   ( Submit )   ( Cancel )